■ The People of the State of New York, Respondent, v Gerald N. Newcomb, Jr., Appellant.—Appeal from a judgment of the County Court of Albany County (Turner, Jr., J.), rendered February 5, 1986, convicting defendant upon his plea of guilty of the crime of attempted rape in the first degree.

Appeal dismissed (see, People v Lester, 137 AD2d 871; People v Harvey, 124 AD2d 943, 944, lv denied 69 NY2d 746). Kane, J. P., Mikoll, Yesawich, Jr., Levine and Harvey, JJ., concur.